THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ALFREDO ACOSTO VILLEGAS, a/k/a JOSE A. ACOSTO, a/k/a JOSE ACOSTO, a married man,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, as successor indenture trustee to CITIBANK, N.A., as indenture trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGATE LOAN ASSET-BACKED NOTES, SERIES 2007-SLI, and VERIPO SOLUTIONS INC.,<br><br>Defendants. | CASE NO. C20-0585-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 13). The Court hereby GRANTS the motion and EXTENDS deadlines as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Responsive Pleading | June 8, 2020 | June 22, 2020 |

MINUTE ORDER
C20-0585-JCC
PAGE - 1

| Deadline for Initial Disclosures | June 4, 2020 | June 18, 2020 |
|---|---|---|
| Deadline for Joint Status Report and Discovery Plan | June 11, 2020 | June 25, 2020 |

DATED this 10th day of June 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk