THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ALFREDO ACOSTO VILLEGAS, a/k/a JOSE A. ACOSTO, a/k/a JOSE ACOSTO, a married man,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, as successor indenture trustee to CITIBANK, N.A., as indenture trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED NOTES, SERIES 2007-SLI, and VERIPO SOLUTIONS INC.,<br><br>Defendants. | CASE NO. C20-0585-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 15). The Court hereby ORDERS the parties to file a stipulated dismissal or a joint status report regarding the parties' progress in finalizing the settlement within 45 days of the date this minute order is issued. The Clerk is DIRECTED to statistically close this case.

DATED this 24th day of June 2020.

MINUTE ORDER
C20-0585-JCC
PAGE - 1

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C20-0585-JCC
PAGE - 2