THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE ALFREDO ACOSTO VILLEGAS, a/k/a JOSE A. ACOSTO, a/k/a JOSE ACOSTO, a married man,

                    Plaintiff,

     v.

WILMINGTON TRUST, NATIONAL ASSOCIATION, as successor indenture trustee to CITIBANK, N.A., as indenture trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED NOTES, SERIES 2007-SLI, and VERIPO SOLUTIONS INC.,

                    Defendant.

CASE NO. C20-0585-JCC

MINUTE ORDER

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party.

     //

1    DATED this 16th day of July 2020.

2

3                                           William M. McCool
                                            Clerk of Court
4

5                                           s/Tomas Hernandez
                                            Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26